# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BROOKE MORAN

VERSUS

JASON MAJESTY

NO. 2025 CW 0412

**JULY 14, 2025**

---

In Re:    Jason Majesty, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20240004047.

---

**BEFORE:    HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's April 28, 2025 judgment is reversed, in part. At the hearing on defendant's petition/motion for nullity of judgment, the court found, and the judgment finds, that defendant had not been properly served with the original petition prior to the hearing held on December 2, 2024. Accordingly, the portions of the district court's April 28, 2025 judgment which maintained any portions of the December 16, 2024 judgment are reversed. Based upon that finding, defendant's petition/motion for nullity of judgment is granted, and the district court's December 16, 2024 judgment is vacated. The temporary restraining order signed by the district court is continued pending the hearing on the preliminary injunction.

**CHH**
**BDE**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT